IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINA RAE RICHARDSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERSTATE HOTELS & RESORTS, INC., and INTERSTATE MANAGEMENT COMPANY, LLC,<br><br>Defendants.<br>_____/ | No. C 16-06772 WHA<br><br>**ORDER GRANTING IN PART *EX PARTE* APPLICATION TO CONTINUE DEADLINE TO FILE REPLY IN SUPPORT OF CLASS CERTIFICATION MOTION** |

The deadline for plaintiff to file her reply brief in support of her motion for class certification is continued from November 2 to **NOVEMBER 16 AT NOON**. The motion hearing is continued from November 16 to **NOVEMBER 30 AT 8:00 A.M.**

Plaintiff's *ex parte* application (Dkt. No. 60) is **GRANTED IN PART** only to the extent stated herein. Defense counsel shall make defendants' declarants available for deposition promptly enough that plaintiff will have adequate time to complete her depositions and prepare her reply brief, failing which the declarations in question may be stricken. Plaintiff's counsel would be well-advised to take the schedule offered by defendants.

**IT IS SO ORDERED.**

Dated: October 26, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE