IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINA RAE RICHARDSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERSTATE HOTELS & RESORTS, INC., and INTERSTATE MANAGEMENT COMPANY, LLC,<br><br>Defendants. | No. C 16-06772 WHA<br><br>**ORDER TO SHOW CAUSE** |

As stated on the record at yesterday's evidentiary hearing, the law firm of Morgan, Lewis & Bockius LLP shall **SHOW CAUSE** in writing by **DECEMBER 19 AT NOON** why it should not be disqualified from this action. Plaintiff shall respond by **JANUARY 5, 2018, AT NOON**. Morgan Lewis may reply by **JANUARY 8, 2018, AT NOON**. A show cause hearing is hereby set for **JANUARY 11, 2018, AT 11:00 A.M.** Ellen Liao, Jessica Lin, and Lisa Wong shall attend.

**IT IS SO ORDERED.**

Dated: December 6, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE